IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TAMARA LEE GARCIA,<br><br>  Defendant. | CR NO: 2:22-cr-00199-TLN |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Tamara Lee Garcia

Detained at: Santa Clara Sheriff's Elmwood Correctional Facility

Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment   ☐ Information   ☐ Complaint
charging detainee with: 18 U.S.C. § 1344(1) - (Bank Fraud)

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary as soon as practicable in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Nick Fogg |
| Printed Name & Phone No: | Nicholas M. Fogg (916) 554-2760 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California.

Dated: April 27, 2023

/s/ Allison Claire
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) | Tamara Donohue | ☐ Male   ☒ Female |
| Booking or CDC #: | PFN: DPI993/CEN: 22027596 | |
| Facility Address: | 701 S Abel St, Milpitas, CA 95035 | |
| Facility Phone: | (408) 957-5900 | |
| Currently | In custody of the Santa Clara County Sheriff's Office | |

## RETURN OF SERVICE

Executed on: _____   _____
                                    (signature)