IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>TAMARA LEE GARCIA,<br><br>                Defendant. | CR NO: 2:22-cr-00199-TLN |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | | Tamara Lee Garcia |
| Detained at | | Central California Women's Facility - CDCR |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: 18 U.S.C. § 1344(1) - (Bank Fraud) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary as soon as practicable in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Nick Fogg |
| Printed Name & Phone No: | Nicholas M. Fogg (916) 554-2760 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California.

Dated: 05/12/2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | Tamara Donohue | ☐ Male | ☒ Female |
| Booking or CDC #: | WH0892 | | |
| Facility Address: | 23370 Road 22, Chowchilla, CA 93610 | | |
| Facility Phone: | (559) 665-5531 | | |
| Currently | In custody of the California Department of Corrections | | |

## RETURN OF SERVICE

Executed on: _____

                                           (signature)