PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00199 TLN |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| TAMARA LEE GARCIA, | |
| Defendant. | |

**ORDER**

For good cause appearing, IT IS THEREFORE ORDERED that the Writ Ad Prosequendum directed to the California Department of Corrections and Rehabilitation and issued on May 15, 2023 is recalled.

Dated: May 24, 2023

_____
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE