PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>TAMARA LEE GARCIA,<br><br>                              Defendant. | CASE NO.  2:22-CR-00199-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 11, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 11, 2024.

2.      By this stipulation, defendant now moves to continue the status conference until September 12, 2024, at 9:30 a.m., and to exclude time between July 11, 2024, and September 12, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

         a)      The government has represented that the discovery associated with this case includes over 200 pages of discovery including witness interviews, surveillance images, and bank records.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with her client, review the current charges and discovery, to conduct investigation and research related to the charges, and to discuss potential resolutions with her client.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 11, 2024 to September 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  July 3, 2024                                    PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ NICHOLAS M. FOGG
                                                       NICHOLAS M. FOGG
                                                       Assistant United States Attorney


Dated:  July 3, 2024                                    /s/ MEGHAN MCLOUGHLIN
                                                       MEGHAN MCLOUGHLIN
                                                       Counsel for Defendant
                                                       TAMARA LEE GARCIA

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of July, 2024.

Troy L. Nunley
United States District Judge

4