HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
TAMARA LEE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAMARA LEE GARCIA,<br><br>Defendant. | Case No. 2:22-cr-00199-TLN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO RESET DETENTION HEARING<br><br>Date: September 9, 2024<br>Time: 2:00 p.m.<br>Court: Hon. Jeremy D. Peterson |

It is hereby stipulated by and between the parties, Tamara Lee Garcia, by and through her attorney Assistant Federal Defender Meghan D. McLoughlin, and the United States, by and through Assistant United States Attorney Nicholas Fogg, that the detention hearing currently scheduled for Friday, September 6, 2024, be reset for Monday, September 9, 2024 at 2:00 p.m., in order to account for the United States Marshal Service National Stand Down Day. United States Pretrial Services is available to appear at that time.

//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 4, 2024   */s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorneys for Defendant
TAMARA LEE GARCIA

Dated: September 4, 2024   */s/ Nicholas Fogg*
NICHOLAS FOGG
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The detention hearing in this matter is reset for Monday, September 9, 2024 at 2:00 p.m.

DATED: September 4, 2024

Hon. Jeremy D. Peterson
United States Magistrate Judge

*United States v. Garcia* – Stipulation; [~~Proposed~~] Order