1  PHILLIP A. TALBERT
United States Attorney
2  NICHOLAS M. FOGG
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8
          IN THE UNITED STATES DISTRICT COURT
9
          EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            CASE NO.  2:22-CR-00199-TLN

12                        Plaintiff,     STIPULATION REGARDING CONTINUANCE
                                         OF STATUS OF JUDGMENT; ORDER
13             v.
                                         DATE: December 5, 2024
14  TAMARA LEE GARCIA,                   TIME: 9:30 a.m.
                                         COURT: Hon. Troy L. Nunley
15                        Defendant.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for a status of judgment on December 5, 2024.

21        2.      By this stipulation, defendant now moves to continue the status of judgment until

22  February 20, 2025, at 9:30 a.m.

23        3.      The parties agree and stipulate to the following:

24                a)      The defendant remains in state custody in Santa Clara County on pending state

25  charges.  She is expected to be sentenced on those state charges later this month.  Once the

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1    defendant is sentenced on the state charges, the government will pursue options to bring the

2    defendant back before this Curt.

3            b)     The government does not object to the continuance.

4    IT IS SO STIPULATED.

5

6

7    Dated:  December 2, 2024                      PHILLIP A. TALBERT
                                           United States Attorney

8

9                                             /s/ NICHOLAS M. FOGG
                                         NICHOLAS M. FOGG

10                                            Assistant United States Attorney

11

12   Dated:  December 2, 2024                       /s/ MEGHAN MCLOUGHLIN

13                                            MEGHAN MCLOUGHLIN
                                         Counsel for Defendant

14                                              TAMARA LEE GARCIA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

## ORDER

IT IS SO FOUND AND ORDERED this 2nd day of December, 2024.

_____
Troy L. Nunley
Chief United States District Judge