1  MICHELE BECKWITH
   Acting United States Attorney
2  NICHOLAS M. FOGG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,              CASE NO.  2:22-CR-00199-TLN

12                        Plaintiff,        STIPULATION REGARDING STATUS OF
                                            JUDGMENT; ORDER
13              v.
                                            DATE: February 20, 2025
14  TAMARA LEE GARCIA,                      TIME: 9:30 a.m.
                                            COURT: Hon. Troy L. Nunley
15                        Defendant.

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.       In this matter, the defendant pleaded guilty in September 2024.  ECF No. 32.  The

21  defendant was out of custody.

22       2.       Soon after her change of plea, the defendant was arrested on state charges in Santa Clara

23  County.  Those charges remain pending, and the defendant is currently in custody in the Santa Clara

24  County jail.  Her next court date in state court is March 5, 2025.

25       3.       By previous order, this matter was set for a status of judgment on February 20, 2025.

26       4.       By this stipulation, the parties now agree to set a new status of judgment in this matter for

27  April 10, 2025.

28       IT IS SO STIPULATED.

STIPULATION REGARDING STATUS OF JUDGMENT          1

1

2

3    Dated:  February 13, 2025                          MICHELE BECKWITH
                                                        Acting United States Attorney

4

5                                                       /s/ NICHOLAS M. FOGG
                                                        NICHOLAS M. FOGG
6                                                       Assistant United States Attorney

7

8    Dated:  February 13, 2025                          /s/ MEGHAN MCLOUGHLIN
                                                        MEGHAN MCLOUGHLIN
9                                                       Counsel for Defendant
                                                        TAMARA LEE GARCIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING STATUS OF JUDGMENT            2

1

**ORDER**

2          IT IS SO FOUND AND ORDERED this 14th day of February 2025.

3

4

5

6          _____
           TROY L. NUNLEY
7          CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING STATUS OF JUDGMENT          3