HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
TAMARA LEE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAMARA LEE GARCIA,<br><br>Defendant. | Case No. 2:22-CR-00199-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS OF SENTENCING<br><br>Date:   April 10, 2025<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

**STIPULATION**

Defendant TAMARA LEE GARCIA, by and through defendant's counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. In this matter, the defendant pleaded guilty in September 2024.  ECF No. 32.  The defendant was out of custody.

2. Soon after her change of plea, the defendant was arrested on state charges in Santa Clara County.  Those charges remain pending, and the defendant is currently in custody in the Santa Clara County jail.

3. By previous order, this matter was set for a status of sentencing on April 10, 2025.

4. By this stipulation, the parties now agree to set a new status of sentencing in this matter for July 31, 2025, at 9:30 a.m.

IT IS SO STIPULATED.

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

Date: April 7, 2025         */s/ Meghan D. McLoughlin*
          MEGHAN D. McLOUGHLIN
          Assistant Federal Defender
          Attorneys for Defendant
          TAMARA LEE GARCIA

Dated: April 7, 2025        */s/ Nicholas Fogg*
          NICHOLAS FOGG
          Assistant United States Attorney

## **ORDER**

IT IS SO FOUND AND ORDERED this 7th day of April, 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

*United States v. Garcia* – Stipulation; Order