KIMBERLY A. SANCHEZ
Acting United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TAMARA LEE GARCIA,<br><br>　　　　　　　　Defendant. | CASE NO. 2:22-CR-00199-TLN<br><br>STIPULATION REGARDING STATUS OF JUDGMENT; ORDER<br><br>DATE: July 31, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. In this matter, the defendant pleaded guilty in September 2024. ECF No. 32. The defendant was out of custody.

2. Soon after her change of plea, the defendant was arrested on state charges in Santa Clara County. She was sentenced on those state charges in May 2025 and is currently serving her sentence in the Santa Clara County jail. The Santa Clara District Attorney's Office has advised the government that they anticipate defendant will complete her sentence sometime in December 2025.

3. By previous order, this matter was set for a status of judgment on July 31, 2025.

///

///

4. By this stipulation, the parties now agree to set a new **status of judgment** in this matter for **September 25, 2025, at 9:30 a.m**.

IT IS SO STIPULATED.

Dated:  July 28, 2025                             KIMBERLY A. SANCHEZ
                                                  Acting United States Attorney

                                                  /s/ NICHOLAS M. FOGG
                                                  NICHOLAS M. FOGG
                                                  Assistant United States Attorney

Dated:  July 28, 2025                             /s/ RACHELLE BARBOUR
                                                  RACHELLE BARBOUR
                                                  Counsel for Defendant
                                                  TAMARA LEE GARCIA

**ORDER**

IT IS SO FOUND AND ORDERED this 28th day of July, 2025.

_____
Troy L. Nunley
Chief United States District Judge