ERIC GRANT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA LEE GARCIA,<br><br>Defendant. | CASE NO. 2:22-CR-00199-TLN<br><br>STIPULATION REGARDING STATUS OF JUDGMENT; ORDER<br><br>DATE: October 2, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  In this matter, the defendant pleaded guilty in September 2024. ECF No. 32. The defendant was out of custody.

2.  Soon after her change of plea, the defendant was arrested on state charges in Santa Clara County, California. She was sentenced on those state charges in May 2025. She has since completed her state sentence. The defendant was then taken into custody on the outstanding warrant from this Court, appeared before a magistrate judge in the Northern District of California, and ordered transported by the United States Marshals Service to this district. ECF No. 48.

3.  By previous order, this matter was set for a status of judgment on October 2, 2025.

///

STIPULATION REGARDING STATUS OF JUDGMENT                 1

4.     By this stipulation, the parties now agree to vacate the currently-set status of judgment and set a **judgment and sentencing on March 12, 2026, at 9:30 a.m.**  The parties request that this matter be referred to the Probation Office for the setting of a PSR schedule and the preparation of a Presentence Report.

IT IS SO STIPULATED.

Dated:  September 29, 2025

ERIC GRANT
United States Attorney

/s/ NICHOLAS M. FOGG
NICHOLAS M. FOGG
Assistant United States Attorney

Dated:  September 29, 2025

/s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Counsel for Defendant
TAMARA LEE GARCIA

**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of September, 2025.

_____
Troy L. Nunley
Chief United States District Judge