HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
TAMARA LEE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAMARA LEE GARCIA,<br><br>Defendant. | Case No. 2:22-CR-00199-TLN<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>Date:  March 12, 2026<br>Time:  9:30 a.m.<br>Court: Hon. Troy L. Nunley |

**STIPULATION**

Counsel for Defendant Tamara Lee Garcia, by and through her counsel of record, Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Nicholas Fogg, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on March 12, 2026.  Dkt.  50.

2. By this stipulation, defendant now moves to continue the sentencing hearing until May 21, 2026 at 9:30 a.m.  The parties agree to the following schedule, with the concurrence of probation:

| | |
|---|---|
| Judgment and Sentencing: | May 21, 2026, at 9:30 a.m. |
| Reply/Statement of Non-Opposition: | May 14, 2026 |
| Formal Objections to PSR: | May 7, 2026 |

Final PSR:                              April 30, 2026

Informal Objections to PSR:             April 23, 2026

Draft PSR:                              April 9, 2026

As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for defendant recently returned from extended medical leave and required additional time to prepare for and schedule the probation interview. At this point the interview has been completed, and probation needs additional time to complete the PSR. In addition, defense counsel requires additional time to complete her mitigation investigation.

b)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      The government does not object to the continuance.

IT IS SO STIPULATED.


                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: February 13, 2026                 /s/ Meghan D. McLoughlin
                                        MEGHAN D. McLOUGHLIN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        TAMARA LEE GARCIA

Dated: February 13, 2026                /s/ Nicholas Fogg
                                        NICHOLAS FOGG
                                        Assistant United States Attorney


*United States v. Garcia* – Stipulation; Order

2

## ORDER

IT IS SO FOUND AND ORDERED 17th day of February 2026.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

_United States v. Garcia_ – Stipulation; Order